UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SALAS GARCIA, ) | No. EDCV 07-694 AG (FFM) |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS, |
| ) | CONCLUSIONS AND |
| v. ) | RECOMMENDATIONS OF |
| ) | UNITED STATES MAGISTRATE JUDGE |
| M.C. KRAMER, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: September 30, 2011

ANDREW J. GUILFORD
United States District Judge