UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SALAS GARCIA, | No. EDCV 07-694 AG (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| M.C. KRAMER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 30, 2011

_____
ANDREW J. GUILFORD
United States District Judge