1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8
9
10   EDUARDO SALAS GARCIA,            )   No. EDCV 07-694 AG (FFM)
                                      )
11                   Petitioner,      )
                                      )   JUDGMENT
12           v.                       )
                                      )
13   M.C. KRAMER, Warden,             )
                                      )
14                   Respondent.      )
     _____)
15
16           Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18           IT IS ADJUDGED that the Petition is dismissed with prejudice.

19
20   DATED: September 30, 2011

21

22

23                                          _____
                                                 ANDREW J. GUILFORD
24                                              United States District Judge

25

26

27

28